## NIENHUIS *v.* BULTMAN.

This case is controlled by *Timmerman* v. *Bultman, ante,* 99.

Error to Ottawa; Cross (Orien S.), J. Submitted October 7, 1930. (Docket No. 16, Calendar No. 35,022.) Decided January 7, 1931.

Assumpsit by Peter M. Nienhuis against Richard H. Bultman and others for an amount due on fraudulent sale of corporate stock. Judgment for defendants Henry L. Doherty & Company and Fidelity & Deposit Company of Maryland, Inc. Plaintiff brings error. Reversed, and judgment ordered entered for plaintiff.

*Dilley & Dilley,* for plaintiff.

*Diekema, Kollen & Ten Cate,* for defendants Henry L. Doherty & Company and Fidelity & Deposit Company of Maryland, Inc.

FEAD, J. This case is similar to and is ruled by the decision in *Timmerman* v. *Bultman, ante,* 99, handed down herewith.

Judgment reversed and cause remanded to the circuit court, with instructions to enter judgment for plaintiff in the sum of $2,120, with interest at five per cent. from February 16, 1927. Plaintiff will have costs of both courts.

BUTZEL, C. J., and WIEST, CLARK, McDONALD, POTTER, SHARPE, and NORTH, JJ., concurred.